**Dwight F. JOHNSON, Sr., Appellant,**

v.

**SCHNUCKS MARKETS, INC., Appellees.**

No. 02–3738.

United States Court of Appeals, Eighth Circuit.

Submitted July 2, 2003.

Decided July 9, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

---

**1.** The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

994

PER CURIAM.

Dwight F. Johnson appeals the district court's [1] grant of summary judgment in his action alleging his employer violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101–12213. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the district court's decision was correct for the reasons stated therein. We do not address the claims Johnson raises for the first time on appeal. *See Spear v. Dayton's,* 771 F.2d 1140, 1144 (8th Cir.1985) (refusing to consider claim not presented to district court).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

